FILED
IN OPEN COURT
AUG 26 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:26CR 66 |
| v. | ) | |
| CURTIS BELL<br>(Counts 1-3) | ) | 21 U.S.C. § 846<br>Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine<br>(Count 1) |
| | ) | 21 U.S.C. § 841(a)(1)<br>Possession with Intent to Distribute Cocaine<br>(Count 2) |
| | ) | 18 U.S.C. § 1956(h)<br>Conspiracy to Launder Money<br>(Count 3) |
| | ) | 18 U.S.C. §§ 924(d), 982(a)(1); 21 U.S.C. §853; 28 U.S.C. § 2461<br>Criminal Forfeiture |

INDICTMENT

August 2026 Term - At Norfolk, Virginia

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about or between 2021 and 2026, in the Eastern District of Virginia and elsewhere, the defendant, CURTIS BELL did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together with other persons known and unknown to the grand jury to commit the following offenses against the United States:

1. Distribute five kilograms or more of a mixture or substance containing cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

2. Possess with intent to distribute five kilograms or more of a mixture or substance containing cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

(In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(A))

COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

In or about July 2025, within the Eastern District of Virginia, the defendant, CURTIS BELL, did unlawfully, knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing cocaine, a Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B))

COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

Beginning in or about 2019 through 2026, in the Eastern District of Virginia and elsewhere, **CURTIS BELL** the defendant herein, did knowingly, willfully, and unlawfully combine conspire, confederate and agree with other persons, both known and unknown, to knowingly, willfully, and unlawfully conduct, attempt to conduct, and cause to be conducted financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute narcotics, in violation of Title 21, United States Code, Section 846, with the intent to conceal and disguise the carrying on of specified unlawful activity, that is, conspiracy to distribute cocaine in violation of Title 21, United States Code, Section 846, and that, while conducting and attempting to conduct such financial transactions, the defendants knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

(All in violation of Title 18, United States Code, Section 1956(h))

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of either of the violations alleged in counts one and two of this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

   a. Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation; and

   b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

2. The defendant, if convicted of the violation alleged in count three of this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, involved in the violation, or any property traceable to such property.

3. The defendant, if convicted of any of the violations alleged in this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

4. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Sections 924(d) and 982(a)(1); Title 21, United States Code, Section 853(a); and Title 28, United States Code, Section 2461(c).)

UNITED STATES V. CURTIS BELL 4:26CR 66

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

A TRUE BILL:

REDACTED COPY

FOREPERSON

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

By: ______________________________

Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No. 35765
City Center One, Suite 200
11815 Fountain Way
Newport News, Virginia 23606
(757) 591-4000